AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ )
)
)
)   **17-60690-CV-DIMITROULEAS/SNOW**
*Plaintiff(s)* )
v. )   Civil Action No.
)
WASHINGTON MUTUAL BANK, JP MORGAN )
CHASE BANK, N.A., DONALD S. CHIN LOY, )
SHAPIRO & FISHMAN & GACHE LLP, GRAY | )
ROBINSON and LEYZA F. BLANCO )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WASHINGTON MUTUAL BANK
9200 Oakdale Avenue
Chatsworth, CA 91311


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

*CLERK OF COURT*

Date: APR - 7 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ )<br>)<br>)<br>_____)<br>*Plaintiff(s)*  )<br>v.  )<br>)<br>WASHINGTON MUTUAL BANK, JP MORGAN )<br>CHASE BANK, N.A., DONALD S. CHIN LOY, )<br>SHAPIRO & FISHMAN & GACHE LLP, GRAY \| )<br>ROBINSON and LEYZA F. BLANCO )<br>_____)<br>*Defendant(s)*  ) | **17-60690-CV-DIMITROULEAS/SNOW**<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DONALD S. CHIN LOY
　　　　　　　　　　　　　　　　　　18021 S.W. 91st Avenue
　　　　　　　　　　　　　　　　　　Village Of Palmetto Bay, FL 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
　　　　　　　　　　　　　　　　　　　P.O. BOX 221967
　　　　　　　　　　　　　　　　　　　HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

*CLERK OF COURT*

Date: APR - 7 2017　　　　　　　　　　　　　　　　*/s/ Lisa I. Streets*

　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ ) ) ) )<br>_____<br>*Plaintiff(s)* )<br>v. )<br>WASHINGTON MUTUAL BANK, JP MORGAN )<br>CHASE BANK, N.A., DONALD S. CHIN LOY, )<br>SHAPIRO & FISHMAN & GACHE LLP, GRAY \| )<br>ROBINSON and LEYZA F. BLANCO )<br>_____<br>*Defendant(s)* ) | **17-60690-CV-DIMITROULEAS/SNOW**<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHAPIRO & FISHMAN & GACHE LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JUAN GOMEZ and RAFAEL BURGOS- VÁzQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

CLERK OF COURT

Date: APR - 7 2017                                    _____
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ <br><br> *Plaintiff(s)* <br> v. <br><br> WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY \| ROBINSON and LEYZA F. BLANCO <br> *Defendant(s)* | ) ) ) ) **17-60690-CV-DIMITROULEAS/SNOW** ) ) Civil Action No. ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEYZA F. BLANCO
333 S.E. and Avenue, Suite 3200
Miami, Florida 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

CLERK OF COURT

Date: APR - 7 2017

*Signature of Clerk or Deputy Clerk*