AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGO-VAZQUEZ<br><br>*Plaintiff(s)*<br>v.<br>WASHINGTON MUTUAL BANK, JP.MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY \| ROBINSON and LEYZA F. BLANCO<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-60690-CV |

FILED by PG D.C.
APR 1 2 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GRAY | ROBINSON
333 S.E. and Avenue, Suite 3200
Miami, Florida 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Steven M. Larimore

Date: 4/12/2017

*Signature of Clerk or Deputy Clerk*