UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60960-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ TRUSTEE OF THE REMIC TRUST

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY I ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA,

    Defendants.
_____/

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court upon Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motion for Preliminary Injunction [DE 4], filed herein on April 7, 2017. The Court has carefully considered the Motion [DE 4] and is otherwise fully advised in the premises.

"Plaintiff's request for this Court to enjoin the impending eviction is barred by the Anti-Injunction Act, 28 U.S.C. § 2283." *Chester v. Bank of Am.*, No. 114CV00027JECGGB, 2014 WL 12323683, at *2 (N.D. Ga. Mar. 17, 2014). Pursuant to the Anti-Injunction Act, "[a] court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. None of these three exceptions apply to requests of federal courts for a preliminary injunction to enjoin the execution of a state court judgment that authorizes an eviction. *Chester*, 2014 WL 12323683, at *3.

1

Furthermore, even if Plaintiff's request was not barred by the Anti-Injunction Act, the Motion would nonetheless be denied because Plaintiff has not satisfied the requisite factors for injunctive relief. "A preliminary injunction is appropriate if the movant demonstrates all of these elements: (1) a substantial likelihood of success on the merits; (2) that the preliminary injunction is necessary to prevent irreparable injury; (3) that the threatened injury outweighs the harm the preliminary injunction would cause the other litigant; and (4) that the preliminary injunction would not be averse to the public interest." *Chavez v. Fla. SP Warden*, 742 F.3d 1267, 1271 (11th Cir. 2014). After reviewing the allegations in the Complaint and the Motion, the Court finds that Plaintiff has failed to show a substantial likelihood of success on the merits. Therefore, injunctive relief is not warranted.

Accordingly, it is **ADJUDGED AND ORDERED** that Plaintiffs' Motion for Preliminary Injunction [DE 4] is **DENIED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 12th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Juan M. Gomez, *pro se*
PO Box 221967
Hollywood, FL 33022

Rafael Burgos-Vazquez, *pro se*
PO Box 221967
Hollywood, FL 33022