UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60960-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ TRUSTEE OF THE REMIC TRUST

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY I ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS

THIS MATTER is before the Court *sua sponte*. Noting that it is essential that the *pro se* litigants understand certain procedural information, it is

**ORDERED AND ADJUDGED** as follows:

1. No letters shall be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning this case. All letters will be ignored. A *pro se* litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document by the Court, but no letters will receive a response. *Pro se* litigants must file conventionally, either by filing documents at the Clerk's Office during its hours of operation, or by mailing documents to the Clerk's Office. Mailing documents to any District Judge or Magistrate Judge does not substitute for conventional filing.

2. A *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. Failure to promptly

notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

      3.  A copy of all pleadings must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side.

      4.  A *pro se* litigant must follow the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.  Failure to follow these rules may result in the striking of the motion or sanctions.

      **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 12th day of April, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Juan M. Gomez, *pro se*
PO Box 221967
Hollywood, FL 33022

Rafael Burgos-Vazquez, *pro se*
PO Box 221967
Hollywood, FL 33022