## RETURN OF SERVICE

**State of Florida**  **County of Miami-Dade**  **District Court**

Case Number: 17-60690-CV-DIMITROULEAS/SNOW

Plaintiff:
JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ

vs.

Defendant:
WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA.

For:
RAFAEL BURGOS-VASQUEZ

Received by Michael Gonedes on the 17th day of April, 2017 at 12:53 pm to be served on SHAPIRO & FISHMAN & GACHE LLP, 2424 NORTH FEDERAL HIGHWAY, SUITE 360, BOCA RATON, FL 33431.

I, Michael Gonedes, do hereby affirm that on the **19th day of April, 2017 at 8:29 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** and **CIVIL COVER SHEET** and **NOTICE OF LIS PENDENS** and **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** and **COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **JENNIFER KOPF** as **MANAGER** of **SHAPIRO & FISHMAN & GACHE LLP**, in the absence of the Registered Agent, President, Vice President, Secretary, Treasurer, or any other corporate officer at the address of: **2424 NORTH FEDERAL HIGHWAY, SUITE 360, BOCA RATON, FL 33431**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

**Description of Person Served:** Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 190, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18 and have no interest in the above action in accordance with the Federal Rules of Civil Procedure.

Michael Gonedes
Process Server #1450

Judicial Process, Inc., DBA Judicial Investigations
17 NW Miami Ct.
Miami, FL 33128
(305) 379-3900

Our Job Serial Number: JUP-2017000261
Ref: JPS-04410-A

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2c



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ )
)
)
_____ ) **17-60690-CV-DIMITROULEAS/SNOW**
*Plaintiff(s)* )
v. ) Civil Action No.
)
WASHINGTON MUTUAL BANK, JP MORGAN )
CHASE BANK, N.A., DONALD S. CHIN LOY, )
SHAPIRO & FISHMAN & GACHE LLP, GRAY | )
ROBINSON and LEYZA F. BLANCO )
_____ )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SHAPIRO & FISHMAN & GACHE LLP
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUAN GOMEZ and RAFAEL BURGOS- VAzQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

*CLERK OF COURT*

Date: APR - 7 2017       /s/ Lisa A. Streets
                         *Signature of Clerk or Deputy Clerk*

A

# Affidavit of Process Server

**United States District Court, Southern District of Florida**
(NAME OF COURT)

Juan M. Gomez
Rafael Burgos-Vasquez vs Washington Mutual Bank, ET AL    17-60690-CV-DIMITROULEAS/SNOW
PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT                    CASE NUMBER

I, Stephen C Buskirk, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **FDIC As Receiver Of Washington Mutual Bank**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, Complaint**

by leaving with **Denis Spence**    **Agent Authorized to Accept**    At
                    NAME                              RELATIONSHIP / POSITION

☐ Residence _____
                    ADDRESS                    CITY / STATE

☑ Business **1601 Bryan St., Dallas, TX. 75201**
            ADDRESS                    CITY / STATE

On **4-14-17** At **1:25 pm**
    DATE                TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE

from _____
    CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☑ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____  (2) _____ _____
                                                    DATE   TIME            DATE   TIME

(3) _____ _____  (4) _____ _____  (5) _____ _____
    DATE  TIME        DATE   TIME        DATE   TIME

**Description:** Age **45** Sex **F** Race **W** Height **5'6** Weight **120** Hair **Blond** Beard ___ Glasses ___

SCH #1987
Exp. 4-30-18
SIGNATURE OF PROCESS SERVER
Stephen C Buskirk

SUBSCRIBED AND SWORN to before me this **17th** day of **April**, 20**17**, by **Buskirk**.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SUNNY BUSKIRK
My Notary ID # 126457653
Expires March 24, 2020

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **Texas**

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS



1601 Bryan Street, Dallas, Texas 75201
(972) 761-8258    Fax (972) 761-8287

1:25 pm 4/12/17

Regional Counsel   Dallas Regional Office

January 4, 2016

Denise L. Spence
Federal Deposit Insurance Corporation
1601 Bryan Street
Dallas, Texas  75201

Dear Ms. Spence:

On December 4, 2015, pursuant to a resolution of the Board of Directors, I was appointed agent of the Corporation upon whom service of process may be made issuing out of any court having jurisdiction in the State of Texas.

As agent for service of process, I hereby authorize you to accept documents served upon the Corporation on my behalf.

Sincerely,

L. Robert Bracken
Regional Counsel