# RETURN OF SERVICE

FILED by _____ D.C.
MAY 0 1 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - MIAMI

### State of Florida County of Miami-Dade District Court

Case Number: 17-60690-CV-DIMITROULEAS/SNOW

Plaintiff:
**JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ**

vs.

Defendant:
**WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA.**

For:
RAFAEL BURGOS-VASQUEZ

Received by Judicial Process, Inc. on the 12th day of April, 2017 at 5:22 pm to be served on **LEYZA F. BLANCO, 333 S.E 2nd Avenue, Suite 3200, MIAMI, Miami-Dade County, FL 33131**.

I, JOSEPH DION, do hereby affirm that on the **17th day of April, 2017** at **1:48 pm, I:** served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and CIVIL COVER SHEET and NOTICE OF LIS PENDENS and PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION and COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Steven Zelkowitz** as **Attorney** at the address of: **333 SE 2nd Avenue, Suite 3200, Miami, Miami-Dade County, FL 33131**, who stated they are authorized to accept service for **LEYZA F. BLANCO**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/17/2017  1:48 pm  Attempted service at 333 S.E 2nd Avenue, Suite 3200, MIAMI, FL 33131, served on Steven Zelkowitz, Attorney who stated he was authorized to accept service on behalf Leyza Blanco.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 250, Hair: Grey, Glasses: N

## RETURN OF SERVICE For 17-60690-CV-DIMITROULEAS/SNOW

I declare, under penalty of perjury by the laws of the State of Florida (FS 92.525), I swear the forgoing affidavit of service to be true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 920525(2)

JOSEPH DION
2259

Judicial Process, Inc.
17 NW Miami Court
Miami, FL 33128
(305) 379-3900

Our Job Serial Number: JUP-2017000278
Ref: JPS-04410-E

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ ) | |
| ) | |
| ) | **17-60690-CV-DIMITROULEAS/SNOW** |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. |
| ) | |
| WASHINGTON MUTUAL BANK, JP MORGAN ) | |
| CHASE BANK, N.A., DONALD S. CHIN LOY, ) | |
| SHAPIRO & FISHMAN & GACHE LLP, GRAY | ) | |
| ROBINSON and LEYZA F. BLANCO ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  LEYZA F. BLANCO
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

CLERK OF COURT

Date: APR - 7 2017

_Lisa J. Streets_
_Signature of Clerk or Deputy Clerk_