# RETURN OF NON-SERVICE



### State of Florida County of Miami-Dade District Court

Case Number: 17-60690-CV-DIMITROULEAS/SNOW

Plaintiff:
**JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ**

vs.

Defendant:
**WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA.**

For:
RAFAEL BURGOS-VASQUEZ

Received by Judicial Process, Inc. on the 11th day of April, 2017 at 12:03 pm to be served on **DONALD S. CHIN LOY, 18021 S.W. 91st Avenue, Miami, Miami-Dade County, FL 33157**.

I, SIMON VELA, do hereby affirm that on the **15th day of April, 2017** at **10:50 am**, I: **NON-SERVED** the **SUMMONS IN A CIVIL ACTION and CIVIL COVER SHEET and NOTICE OF LIS PENDENS and PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION and COMPLAINT AND DEMAND FOR JURY TRIAL** because all reasonable inquires suggest the defendant moved to an undetermined address.

**Additional Information pertaining to this Service:**
4/15/2017 10:50 am Attempted service at 18021 S.W. 91st Avenue, Miami, FL 33157, Maria Page lives at this address. She bought the house from a Lady named Carrol in October of 2015. Maria said that Chin Loy owned the house before Carrol. She has never met them and says that mail still sometimes comes to the house for Donald Chin Loy.

## RETURN OF NON-SERVICE For 17-60690-CV-DIMITROULEAS/SNOW

I declare, under penalty of perjury by the laws of the State of Florida (FS 92.525), I swear the forgoing affidavit of service to be true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 920525(2)

**SIMON VELA**
2343

**Judicial Process, Inc.**
17 NW Miami Court
Miami, FL 33128
(305) 379-3900

Our Job Serial Number: JUP-2017000263
Ref: JPS-04410-C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ )
)
)
**17-60690-CV-DIMITROULEAS/SNOW**
_Plaintiff(s)_ )
v. ) Civil Action No.
)
WASHINGTON MUTUAL BANK, JP MORGAN )
CHASE BANK, N.A., DONALD S. CHIN LOY, )
SHAPIRO & FISHMAN & GACHE LLP, GRAY | )
ROBINSON and LEYZA F. BLANCO )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   DONALD S. CHIN LOY
18021 S.W. 91st Avenue
Village Of Palmetto Bay, FL 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEVEN M. LARIMORE

CLERK OF COURT

Date: APR - 7 2017

_Signature of Clerk or Deputy Clerk_

C