## RETURN OF SERVICE

**State of Florida County of Miami-Dade District Court**

Case Number: 17-60690-CV-DIMITROULEAS/SNOW

Plaintiff:
**JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ**

vs.

Defendant:
**WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA.**

For:
RAFAEL BURGOS-VASQUEZ

FILED
MAY 0 1 2017
STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S. D. of FLA. - MIAMI

Received by Judicial Process, Inc. on the 11th day of April, 2017 at 10:53 am to be served on **GRAY ROBINSON, 333 SE 2nd Avenue, Suite 3200, Miami, Miami-Dade County, FL 33131**.

I, JOSEPH DION, do hereby affirm that on the **17th day of April, 2017** at **1:48 pm, I:** served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and CIVIL COVER SHEET and NOTICE OF LIS PENDENS and PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION and COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Steven Zelkowitz** as **Partner Attorney.** for **GRAY ROBINSON**, at the address of: **333 SE 2nd Avenue, Suite 3200, Miami, Miami-Dade County, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 250, Hair: Grey, Glasses: N

I declare, under penalty of perjury by the laws of the State of Florida (FS 92.525), I swear the forgoing affidavit of service to be true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action. NO NOTARY REQUIRED PURSUANT TO F.S. 920525(2)

**JOSEPH DION**
2259

**Judicial Process, Inc.**
**17 NW Miami Court**
**Miami, FL 33128**
**(305) 379-3900**

Our Job Serial Number: JUP-2017000262
Ref: JPS-04410-B

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JUAN M. GOMEZ and RAFAEL BURGO-VAZQUEZ )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>WASHINGTON MUTUAL BANK, JP MORGAN )<br>CHASE BANK, N.A., DONALD S. CHIN LOY, )<br>SHAPIRO & FISHMAN & GACHE LLP, GRAY \| )<br>ROBINSON and LEYZA F. BLANCO )<br>_____ )<br>*Defendant(s)* ) | Civil Action No. 17-60690-cv |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRAY | ROBINSON
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JUAN GOMEZ and RAFAEL BURGOS-VAZQUEZ
P.O. BOX 221967
HOLLYWOOD, FLORIDA 33022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: _____  _____
*Signature of Clerk or Deputy Clerk*