UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60960-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-
VASQUEZ TRUSTEE OF THE REMIC TRUST

      Plaintiffs,

v.

WASHINGTON MUTUAL BANK,
JP MORGAN CHASE BANK, N.A.,
DONALD S. CHIN LOY, SHAPIRO
& FISHMAN & GACHE LLP, GRAY
I ROBINSON and LEYZA F.
BLANCO, MARCOS, CARLOS &
MARIA,

      Defendants.
_____/


**<u>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME AND PAGE LIMITS</u>**

      THIS CAUSE is before the Court upon Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motions for Extension of Page Limits and Time [DE's 17, 18], filed herein on May 12, 2017.  The Court has carefully considered the Motions [DE's 17, 18], notes that they are unopposed, and is otherwise fully advised in the premises.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motions for Extension of Page Limits and Time [DE's 17, 18] are **GRANTED**;

2. Plaintiffs' responses to the Motions to Dismiss may not exceed thirty (30) pages;

3. Plaintiffs' responses to the Motions to Dismiss [DE's 15, 16] shall be filed on or before **June 7, 2017**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 15th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Juan M. Gomez, *pro se*
PO Box 221967
Hollywood, FL 33022

Rafael Burgos-Vazquez, *pro se*
PO Box 221967
Hollywood, FL 33022