UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60960-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ TRUSTEE OF THE REMIC TRUST

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY I ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT; DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE is before the Court upon Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motion for Leave to Amend Complaint [DE 20], filed herein on June 7, 2017. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motion for Leave to Amend Complaint [DE 20] is **GRANTED**;

2. The Clerk is hereby **DIRECTED** to docket the Amended Complaint [DE 20-1] as a separate docket entry in the record;

3. Defendants' Motions to Dismiss [DE's 15, 16] are hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of June, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Juan M. Gomez, *pro se*
PO Box 221967
Hollywood, FL 33022

Rafael Burgos-Vazquez, *pro se*
PO Box 221967
Hollywood, FL 33022