UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-cv-60690-WPD

FILED by _mP_ D.C.

JUN 1 2 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

JUAN M. GOMEZ and RAFAEL BURGOS-VAZQUEZ,
Plaintiff,

vs.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY | ROBINSON and LEYZA F. BLANCO

Defendants.
_____/

### AFFIDAVIT IN SUPPORT OF COMPLAINT

COMES NOW JUAN M. GOMEZ, deposes and states as follows:

1. On September 21, 2014, RAFAEL BURGOS-VAZQUEZ the trustee for the REMIC TRUST and my personal representative began to communicate through his attorney my attorney ALBERT J. PIANTINI, with RYAN BOLLDMAN, who represented WASHINGTON MUTUAL as a successor in state court, and asked for a payoff. RYAN BOLLDMAN stated that his client said that he would accept five million and seven hundred thousand dollars $5,700,000.00.

2. On November 21, 2014, I instructed RAFAEL to send pictures to RYAN BOLLMAN at rbooman@wargofrench.com, which showed that the property was infected with mold.

3. On February 18, 2017 RAFAEL and I contacted JPMORGAN CHASE and spoke with their representative, KATIA JACKSON at 1-877-496-3839 and requested a payoff quote to

satisfy. KATIA stated that JUAN GOMEZ owed $10,162,489.00. She also said that a short sale or a short pay off was available to JUAN GOMEZ.

4. RAFAEL BURGOS-VAZQUEZ and myself were then transferred to CARLOS TAMAYO at 1-800-848-9136, who verified that a short payoff quote and short sale and was available on the subject property While they claimed that someone would be in contact with RAFAEL BURGOS-VAZQUEZ or myself, no one ever returned a call or stated the new payoff amount.

5. On February 9, 2017, JOEL S WADSWORTCH, my attorney, talked to another attorney representing WASHINGTON MUTUAL, LEYZA F. BLANCO of GRAY | ROBINSON regarding a payoff. LEYZA F. BLANCO did state that she would negotiate some of the numbers after an appraisal of the property had been completed and hes client approved the sale. LEYZA F. BLANCO of GRAY | GRAY | ROBINSON did state that her client would accept an amount of "around $6,000,000.00", however she refused to put it in writing. While WASHINGTON MUTUAL and LEYZA F. BLANCO of GRAY | ROBINSON promised that they would appraise the property (appraisal conversation between Mr. Wadsword and the attorneys representing WAMMU) and offer a short sale or short payoff amount, this was false again, no one contacted JUAN GOMEZ or RAFAEL BURGOS-VAZQUEZ, to squedule any appraisal.

6. On April 26, 2017, JUAN GOMEZ AND RAFAEL BURGOS-VAZQUEZ called to satisfy the judgement and JPMORGAN CHASE'S representative, AARON SOBCZAK at 1-800-848-9380 refused to provide an amount due for the account. AARON SOBCZAK mentioned that the judgment could not be satisfied, that there was limited access to the account, and transferred the call to EDWARD ADOFTOL, whom said that no information

could be produced and that JPMORGAN CHASE would be in contact within 10 days. RAFAEL and myself never received any further contact from JPMORGAN CHASE or their representatives SHAPIRO & FISHMAN & GACHE LLP, GRAY | ROBINSON or LEYZA F. BLANCO.

_____
JUAN M. GOMEZ
P.O. Box 221967
Hollywood, FL 33022

RAFAEL BURGOS-VAZQUEZ
_____
RAFAEL BURGOS-VAZQUEZ
P.O. Box 221967
Hollywood, FL 33022

STATE OF FLORIDA           )
                           ) ss J U R A T
COUNTY OF Miami-Dade       )

SUBSCRIBED SWORN, AND AFFIRMED BEFORE ME, a Notary Public, on this 7 day of June, 2017, by Rafael Burgos-Vazquez, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____, NOTARY PUBLIC
Notary Signature
Tiffany L. Alvarez
Notary printed name
My Commission expires: 6/12/2017

Seal:

TIFFANY L ALVAREZ
MY COMMISSION #FF026869
EXPIRES June 12, 2017
(407) 398-0153  FloridaNotaryService.com

SERVICE LIST

    LEYZA F. BLANCO, Esq.
Florida Bar No. 104639
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880
Facsimile: 305-416-6965
Attorneys for Defendant, JPMORGAN CHASE BANK, N.A.

GRAYROBINSON,P.A

333 S.E. 2 avenue
Suite 3200
Miami ,Florida

WASHINGTON MUTUAL BANK
9200 Oakdale avenue
Chatsworth,CA 91311

DONAL D S. CHIN LOY
Village of Palmetto Bay,fl 33157

SHAPIRO & Fishman & GACHE LLP
2424 North Federal Highway,suite360
Boca Raton, Fl 33431