UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: ~~17-cv-60960~~-WPD
17cv60690

JUAN M. GOMEZ and RAFAEL BURGOS' VASQUEZ,
Plaintiff,

vs.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY | ROBINSON and LEYZA F. BLANCO

Defendants.
_____/



FILED by _____ D.C.
JUN 20 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**PLAINTIFFS' UNOPPOSED MOTION FOR PERMISSION
TO EXCEED TWENTY PAGES AND MOTION FOR TIME**

Plaintiffs JUAN M. GOMEZ and RAFAEL BURGOS' VASQUEZ, (herein "Plaintiff"), hereby files this motion to this Court, pursuant to S.D. Fla. L.R. 7.1(C)(2), for permission to exceed the page twenty (20) page limitation applicable to their Motion and Incorporated Memorandum opposition to **DEFENDANT, SHAPIRO, FISHMAN & GACHE, LLP'S MOTION TO DISMISS**. As good cause for granting the motion, Plaintiff submits as follows:

1. The Plaintiff requires additional latitude in providing supplemental support to arguments in opposition to the Defendant's positions and Florida Appellate Court case law as well.

2. There is an overwhelming body of case law supporting the Plaintiff's case and the Plaintiff requests a full opportunity to properly support their Memorandum of Law in support of their Opposition to Defendant's motion.

3. The proposed motion in opposition does not exceed thirty (30) pages.

4. Plaintiff has conferred with the Defendant pursuant to S.D. Fla. L.R. 7.1 and the Defendant did not timely respond to Plaintiff's request.

5. The Plaintiff's intends to properly address tedious issues of the Florida Consumer Collection Practices Act (FCCPA) and the Fair Debt Collection Practices Act (FDCPA), and respond to issues regarding to vexatious litigation accusations.

6. Plaintiff also requests fifteen additional days, therefore having a due date on or about June 7, 2017.

7. Plaintiffs' proposed brief in excess of the twenty-page limit set by Rule 7.1(C)(2) is necessary in order to adequately develop the basis for their requested relief, and assist the Court in resolving the involved issues presented in this action.

8. This additional information is vital the Plaintiff's case and will not unduly burden the Defendants or prejudice them in anyway, would provide additional time for other Defendants to appear and for meaningful settlement talks.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting Plaintiffs permission to file their Motion and Incorporated Memorandum in excess of the applicable page limitations.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Plaintiff legal counsel called Defendants' counsel several times and was repeatedly told that no one was available and that someone would return his call. No one has.

Therefore, pursuant to Rule 7.1 (a)(3) regarding the requested enlargement of time, this motion to exceed page limits and for additional time, is unopposed since no one responded.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original was filed with the Court and a copy of the foregoing was furnished by United States Mail, postage prepaid and properly addressed this June 20, 2017 to:

Respectfully Submitted By,

*/s/ Rafael Burgos-Vazquez*
RAFAEL BURGOS' VASQUEZ,
P.O. Box 221967
Hollywood, FL 33022

*/s/ Juan M. Gomez*
JUAN M. GOMEZ
P.O. Box 221967
Hollywood, FL 33022

## SERVICE LIST

SHAPIRO, FISHMAN & GACHE', LLP
Counsel for SFG
2424 North Federal Highway, Suite 360
Boca Raton, FL 33431
561-287-5599 (phone)
561-287-5589 (fax)
Ileen J. Cantor, Esq.
Florida Bar No. 977128
icantor@logs.com
Ronald M. Gache', Esq.
Florida Bar No. 6999306
rgache@logs.com