UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60960-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-
VASQUEZ TRUSTEE OF THE REMIC TRUST

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY I ROBINSON and LEYZA F. BLANCO, MARCOS, CARLOS & MARIA,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court upon Plaintiffs Juan M. Gomez and Rafael Burgos-Vasquez's Motion for Permission to Exceed Twenty Page and Motion for Time as to Defendant Shapiro, Fishman & Gache's LLP's Motion to Dismiss [DE 26] and upon Plaintiffs' Motion for Permission to Exceed Twenty Page and Motion for Time as to Defendants Gray Robinson and Leyza F. Blanco's Motion to Dismiss [DE 27], both filed on June 20, 2017.  The Court has carefully considered the Motions [DE's 26, 27], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Permission to Exceed Twenty Page and Motion for Time as to Defendant Shapiro, Fishman & Gache's LLP's Motion to Dismiss [DE 26] is **GRANTED**;

2. Plaintiffs' response to Defendant Shapiro, Fishman & Gache's LLP's June 7, 2017 Motion to Dismiss Amended Complaint with Prejudice [DE 24]  may not exceed thirty (30) pages;

1

3. Plaintiffs' response to Defendant Shapiro, Fishman & Gache's LLP's June 7, 2017 Motion to Dismiss Amended Complaint with Prejudice [DE 24] shall be filed on or before **July 7, 2017**;

4. Plaintiffs need not respond to Section II of Defendant Shapiro, Fishman & Gache's LLP's June 7, 2017 Motion to Dismiss Amended Complaint with Prejudice [DE 24], which purportedly "adopts and joins the arguments and reasons for dismissal of the amended complaint that will be set forth by Defendants Gray Robinson and Leyza F. Blanco." *See* [DE 24] at pp. 6-7.

5. While Plaintiffs' also request an extension of page limits and time to respond to Defendants Gray Robinson and Leyza F. Blanco's Motion to Dismiss, *see* [DE 27], Plaintiffs' Motion must be **DENIED AS MOOT**, as Defendants Gray Robinson and Leyza F. Blanco have not yet filed a motion to dismiss Plaintiffs' Amended Complaint [DE 22].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 21st day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

Juan M. Gomez, *pro se*
PO Box 221967
Hollywood, FL 33022

Rafael Burgos-Vazquez, *pro se*
PO Box 221967
Hollywood, FL 33022