UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-60690-WPD

JUAN M. GOMEZ and RAFAEL BURGOS-VASQUEZ TRUSTEE OF THE REMIC TRUST

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, JP MORGAN CHASE BANK, N.A., DONALD S. CHIN LOY, SHAPIRO & FISHMAN & GACHE LLP, GRAY I ROBINSON and LEYZA F. BLANCO,

    Defendants.
_____/

## **ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED**

THIS CAUSE is before the Court on the Court's July 19, 2017 Order Construing Letter from FDIC as a Motion to Dismiss; Requiring Response from Plaintiff. [DE 39].

Therein, the Court ordered, in pertinent part as follows:

1. The Court construes the FDIC-R's letter the Plaintiffs dated June 26, 2017, *see* [DE 35] at pp. 15-16, as a Motion to Dismiss the Complaint;
2. Plaintiffs shall file a response to the Motion to Dismiss, *see* [DE 35] at pp. 15-16, on or before **July 25, 2017**.

*See* [DE 39].

The July 25, 2017 deadline has passed and Plaintiffs have failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs shall show cause no later than **August 2, 2017**, why the FDIC-R'S Motion to Dismiss the Complaint, *see* [DE 35] at

1

pp. 15-16, should not be granted.  A failure to timely respond will result in the Court granting the Motion, *see* [DE 35] at pp. 15-16, by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of July, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record